**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

**NORTHERN DIVISION**

| | |
|---|---|
| STATE FARM MUTUAL AUTO. INS. CO. a/s/o<br>ERNEST LEON SMITH<br>PO Box 106172<br>Atlanta, GA 30348 | *<br><br>*<br><br>* |
| Plaintiffs, | * |
| v. | *        Case No.: |
| | * |
| U.S. GOVERNMENT SECRET SERVICE<br>1100 L St. NW Ste 6000<br>Washington, DC 20005-4035 | *<br><br>*<br><br>* |
| SERVE ON:<br>Donna L. Cahill<br>Chief Counsel<br>Communications Centers<br>245 Murray Lane, SW, Bldg. T-S<br>Washington, DC 20224 | *<br><br>*<br><br>*<br><br>* |
| Defendant. | * |

## COMPLAINT

**NOW COMES** State Farm Mutual Automobile Insurance Company ("State Farm") a/s/o Ernest Leon Smith, Plaintiff, by and through their attorney, Charles J. Fratus and Fratus Law Group, LLC, sues the Defendant U.S. Government Secret Service ("USGSS") for the cause of action state:

## FEDERAL JURISDICTION AND VENUE

1. This action involves issues regarding and derives its federal jurisdiction via federal question through: The United States as Defendant 28 U.S. Code § 1346, Time for commencing action against United States 28 U.S.C. §2401, Federal Tort Claims Act 28 U.S.C. §§ 2671-72, 2674, 2679. ***See attached Notice Letters in compliances for the Federal Torts Claims Act.***

2.      Venue is proper in this court of filing as the incident of which the suit is subject took places in Prince George's County Maryland. Accordingly, the District Court of the United States for Maryland Northern Division has subject matter jurisdiction over this matter.

**PARTIES**

3.      The Plaintiff is State Farm Mutual Automobile Insurance Company, a Georgia corporation with its principal offices located in Atlanta, Georgia. State Farm is registered and authorized to do business in Maryland.

4.      The Defendant, USGSS, was the employer of the Secret Service agent/employee operating the motor vehicle in the subject incident of this suit. The Defendant, USGSS, is the leaseholder of the U.S. Government Service Administration leased vehicle the USGSS agent operated, as well as the USGSS agent's employer. USGSS is a federal agency based in Washington, DC.

**FACTS**

5.      That on or about August 24, 2021, a vehicle (2013 Nissan Rogue) owned by Ernest Leon Smith and operated by Plaintiff's driver Shannon Youngblood, was lawfully traveling northbound on Woodyard Road, stopped in the merge lane, adhering to the posted yield sign in Prince George's County, Maryland.

6.      That a vehicle (2021 Ford Expedition) owned by USGSS and operated by Defendant's agent was travelling immediately behind the Plaintiff, when Defendant failed to operate their vehicle at a reasonable following distance and at a safe speed, and collided with the rear end of the Plaintiff's vehicle.

7.      The force of the collision damaged the rear end of the Plaintiff's insured's vehicle.

**COUNT ONE**

## <u>NEGLIGENCE</u>

8.      The Plaintiff re-alleges and incorporates all the allegations contained in paragraphs 1-7 as if fully set forth herein.

9.      The Defendant misjudged their speed and the space necessary to safely operate their vehicle behind the Plaintiff in traffic. In doing so, the Defendant's vehicle rear-ended the Plaintiff's vehicle.

10.     The Defendant failed to safely and accurately judge the space between themselves and the vehicle in front of them, and as result the Defendant collided with the rear-end of the Plaintiff's vehicle.

11.     That as a result of the impact from the Defendant, the collision and force from the vehicles caused significant damage to the Plaintiffs' vehicles.

12.     That as an end result, Defendant was the responsible party for a two-car collision.

13.     Defendant operated the vehicle in a negligent and careless manner by, among other things, failing to maintain proper following distance, failing to keep a proper lookout, failing to utilize proper judgement with regards to their travelling speed, and failing to take such other further and evasive action to avoid the collision aforesaid when in the exercise of due care and caution he could have and should have done so.

14.     Defendant had a duty of care to operate the vehicle in a safe and proper manner.

15.     Defendant breached that duty of care by failing to operate the vehicle in a safe and proper manner at the time and place of the accident that is subject of this suit.

16.     Defendant's negligence proximately caused significant, substantial, and permanent property damage of Plaintiff.  Plaintiff asserts that all of this loss and damage was the direct result of Defendant's negligence, without any contributory negligence by Plaintiff.

17.     Plaintiff's insured Ernest Smith had in effect a policy of insurance with State Farm. State Farm joins herein to protect its subrogated interest in this matter.

**WHEREFORE**, Plaintiff, State Farm Mutual Automobile Insurance Company a/s/o Ernest Leon Smith, demands judgment against the Defendant, in the amount of **FOUR THOUSAND TWO HUNDRED TWENTY-EIGHT DOLLARS AND 11/100 ($4,228.11),** plus costs and service.

/s/ Charles J. Fratus
Charles J. Fratus # 13169
Fratus Law Group, LLC
566 B&A Blvd
Severna Park, MD 21146
410.295.7100 (phone)
844.240.1557 (fax)
Chuck@Fratuslaw.com
*Attorney for Plaintiff*

## CERTIFICATION

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Date of signing: July 25, 2023

/s/ Charles J. Fratus
Charles J. Fratus #13169
Fratus Law Group, LLC
566 B&A Blvd
Severna Park, MD 21146
410.295.7100 (phone)
844.240.1557 (fax)
Chuck@Fratuslaw.com
*Attorney for Plaintiff*